# Order

Michigan Supreme Court
Lansing, Michigan

May 19, 2017

153889

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

RONNIE DANCER and ANNETTE DANCER,
     Plaintiffs-Appellees,

v

CLARK CONSTRUCTION COMPANY, INC.,
     Defendant-Appellee,
and

BETTER BUILT CONSTRUCTION SERVICES, INC.,
     Defendant-Appellant.

SC: 153889
COA: 324314
Kalamazoo CC: 2012-000571-NO

_____/

On order of the Court, the application for leave to appeal the April 26, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARKMAN, C.J., concurs in the Court's order denying leave to appeal for the reasons set forth in his concurring statement in *Dancer v Clark Construction Company, Inc*, *,___ Mich ___ (Docket No. 153830, order entered May 19, 2017).

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2017



Clerk

t0516